FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
Facsimile:  (702) 252-7411
smahoney@fisherphillips.com

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VANESSA WUTHRICH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>INTELIDENT SOLUTIONS, LLC, a Foreign Corporation, COAST DENTAL SERVICES, LLC, a Foreign Corporation; COAST DENTAL OF NEVADA, INC., a Domestic Corporation; KATHERINE BALMER, an individual; and DOES I-X and ROE CORPORATIONS I-X,<br><br>　　　　Defendants. | Case No.: 2:21-cv-00160-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

  It is hereby stipulated and agreed by the parties' counsel of record that Defendants will have an extension of time up to and including February 26, 2021 to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1).  This is the first request for an extension of this deadline.  Defense counsel needs additional time to

- 1 –

1  review the facts of this matter, which involves four Defendants and eight claims for
2  relief.

| FISHER & PHILLIPS | KEMP & KEMP |
|---|---|
| By:/s/Scott M. Mahoney<br>Scott M. Mahoney, Esq.<br>300 S. Fourth Street #1500<br>Las Vegas. NV 89101<br>Attorney for Defendants | By:/s/Victoria L. Neal<br>Victoria L. Neal, Esq.<br>7435 W. Azure Drive #110<br>Las Vegas, NV 89130<br>Attorney for Plaintiff |

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 2-4-2021

FP 39765020.1